RECEIVED
AUG 0 1 2014
BY MAIL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MOVE MERCH, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMARU/AWA MERCHANDISING, INC.,<br>AMARU ENTERTAINMENT, INC. and<br>DECOSTA MARKETING, INC.<br><br>Defendants. | Civil Action No. 4:14-cv-00878-CAS |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I Howard E. King, move to be admitted pro hac vice to the bar of this court for the purpose of representing Defendants in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of movant-attorney: Howard E. King

(b) Address, telephone number and fax number of the movant-attorney:

King, Holmes, Paterno & Berliner, LLP, 1900 Avenue of the Stars, 25th Floor, Los Angeles, California 90067; Telephone: (310) 282-8989; Fax: (310) 282-8903

(c) Name of the firm or letterhead under which the movant practices:

King, Holmes, Paterno & Berliner, LLP

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom:

University of California, Los Angeles, School of Law (J.D., 1977).

(e) Bars, state and federal of which the movant is a member, with dates of admission and registration numbers, if any:

3982.062/791675.1

California State Bar (12/21/1977)

United States District Court – Central District (11/10/1983)

United States District Court - Northern District (03/18/1974)

United States Court of Appeal for the Ninth Circuit (05/22/1998)

United States Court of Appeal for the Third Circuit (01/09/2004)

Southern District of New York - 3rd Judicial District Court (11/2002)

United States District Court - Eastern District of Pennsylvania (03/2004)

United States District Court - District of Arizona (08/2003)

  (f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

  (g) Movant does not reside in the Eastern District of Missouri, is not regular employed in this district and is not regular engaged in the practice of law in this district.

  Movant attests under penalty the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

Dated:  July 30, 2014        /s/ Howard E. King
                   Howard E. King