**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MOVE MERCH, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14-CV-878 CAS |
| AMARU/AWA MERCHANDISING, INC., AMARU ENTERTAINMENT, INC., and DECOSTA MARKETING, INC., | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that plaintiff Move Merch, LLC's claims against defendants Amaru-AWA Merchandising, Inc. (improperly sued as Amaru/AWA Merchandising, Inc.) and Amaru Entertainment, Inc. are **DISMISSED without prejudice** for lack of personal jurisdiction. See Fed. R. Civ. P. 12(b)(2).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 4th day of March, 2015.